IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHUE CHA,

    Plaintiff,                                JUDGMENT IN A CIVIL CASE

    v.                                        Case No. 11-cv-339-wmc

CAROLYN W. COLVIN,
Acting Commissioner of Social Security,

    Defendant.

    This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is awarding plaintiff Chue Cha attorney fees and costs under the Equal Access to Justice Act in the amount of $7,500.00.

    s/ R.Plender, Deputy Clerk                    10/9/2014
    Peter Oppeneer, Clerk of Court                 Date